466 A.2d 722

Commonwealth v. Hanly, Jr., Appellant.

Petition for Allowance of Appeal
Denied Feb. 2, 1984.

Submitted July 26, 1983. Dyran Michael Emuryan, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

466 A.2d 722

Commonwealth v. Holmes, Appellant.

Petition for Allowance of Appeal
Denied Feb. 2, 1984.

Argued April 27, 1983. John H. Corbett, Jr., Public Defender, for appellant; Dara A. Decourcy, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and HOFFMAN, JJ.

Judgments of sentence affirmed.